610 A.2d 42

**Kathryn POTTS, Appellant,**

v.

**Secretary Arthur A. DAVIS, Pennsylvania Department of Environmental Resources, and Executive Director Peter S. Duncan, Pennsylvania Game Commission.**

Supreme Court of Pennsylvania.

Argued May 4, 1992.

Decided June 11, 1992.

Anthony Potts, Jr., for appellant.

Sandra W. Stoner, Dep. Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed. *See* 42 Pa.C.S.A. § 8522(b)(6), and *Bradley v. Pennsylvania Turnpike Comm'n,* 121 Pa.Commw. 51, 550 A.2d 261 (1988), *appeal denied,* 527 Pa. 588, 588 A.2d 511 (1990).

LARSEN, J., did not participate in the consideration or decision of this case.